Certificate Number: 05781-OHN-DE-041696709

Bankruptcy Case Number: 26-61227

05781-OHN-DE-041696709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2026, at 12:17 o'clock PM PST, Theresa Merriweather completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: November 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President